XAVIER BECERRA, State Bar No. 118517
Attorney General of California
PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
NATASHA N. LANGENFELD, State Bar No. 250944
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6334
 Fax: (916) 322-8288
 E-mail: Natasha.Langenfeld@doj.ca.gov
*Attorneys for Defendants California Highway Patrol, CHP Officer Martinez, CHP Officer Alatorre, and CHP Sergeant Fredrick*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **SEAN M. MARTIN,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA HIGHWAY PATROL, VALLEY DIVISION, CHP OFFICER MARTINEZ, CHP OFFICER ALATORRE, SERGEANT FREDRICK,**<br><br>Defendants. | 2:18-cv-02192-MCE-CKD<br><br>**JOINT NOTICE OF DISMISSAL**<br><br>Action Filed: August 13, 2018 |

Plaintiff SEAN M. MARTIN, and Defendants CALIFORNIA HIGHWAY PATROL, CHP OFFICER MARTINEZ, CHP OFFICER ALATORRE, AND SERGEANT FREDRICK, (hereafter the Parties) hereby request that the Court dismiss the above-entitled matter, with prejudice. Each party to bear his own attorney fees and costs.

Respectfully submitted,

Dated:                                                /s/ Sean M. Martin
                                                                           Sean M. Martin, Plaintiff in Pro Per

Dated: /a/Natasha Langenfeld
Natasha Langenfeld, Deputy Attorney General, *Attorney for Defendants California Highway Patrol, Officer Martinez, Officer Alatorre and Sergeant Fredericks*

**ORDER**

Pursuant to the foregoing this court dismisses the entire case with prejudice, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED

Dated: November 5, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE